IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00257-AP

ROBERT MONTOYA,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

## JOINT CASE MANAGEMENT PLAN

### 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| LARRY R. DAVES | TROY A. EID |
| Colorado Legal Services, Inc. | United States Attorney |
| | |
| Mailing Address: | KEVIN TRASKOS |
| P.O. Box 1026 | Deputy Chief, Civil Division |
| La Junta, CO 81050 | United States Attorney's Office |
| | District of Colorado |
| Street Address: | 303-454-0184 |
| 207 ½ Colorado Ave. | kevin.traskos@usdoj.gov |
| La Junta, CO 81050 | |
| 719-384-5438 | STEPHANIE LYNN F. KILEY |
| 719-384-8676 (facsimile) | Special Assistant United States Attorney |
| ldaves@pcisys.net | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001 A |
| | Denver, CO 80294 |
| | (303) 844-0815 |
| | Fax: (303) 844-0770 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: **February 7, 2008**

B. Date Complaint Was Served on U.S. Attorney's Office: **February 20, 2008**

C. Date Answer and Administrative Record Were Filed: **April 11, 2008**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not raise any unusual claims or defenses.

## 7. OTHER MATTERS

The parties are not aware of any additional matters which should be brought to the attention of the Court.

## 8. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due: **June 9, 2008**

B. Defendant's Response Brief Due: **July 9, 2008**

C. Plaintiff's Reply Brief Due: **July 25, 2008**

## 9. STATEMENT REGARDING ORAL ARGUMENT

A. Plaintiff's Statement: Oral Argument is not requested

B. Defendant's Statement: Oral Argument is not requested

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE COURT

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.CivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 21st day of April, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Larry Daves 04/21/08<br>Larry R. Daves<br>P.O. Box 1026<br>La Junta, CO 81050<br>719-384-5438<br>ldaves@pcisys.net<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie F. Kiley 4/21/2008<br>Stephanie F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br>Stephanie.Fishkin.Kiley@ssa.gov<br>Attorneys for Defendant. |